# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>       Plaintiff,<br><br>   v.<br><br>MODESTO 2241 PETROLEUM, INC., et al.,<br><br>       Defendants. | Case No. 1:22-cv-00150-DAD-SAB<br><br>ORDER RE: PLAINTIFF'S REQUEST TO CONTINUE MANDATORY SCHEDULING CONFERENCE<br><br>(ECF Nos. 3, 12) |

On April 14, 2022, Plaintiff filed a request to continue the mandatory scheduling conference, in which he moves the Court for a continuance of the conference date from May 4, 2022, to a date after July 6, 2022.  (ECF No. 12.)  Plaintiff proffers has not yet been able to serve Defendant Coast to Coast Property Holdings LLC and efforts are ongoing.[1]  Therefore, Plaintiff proffers he will require additional time to meet and confer with Defendant Coast to Coast in order to prepare a joint scheduling report.  The Court is satisfied good cause exists to grant Plaintiff's continuance motion.

---

[1] While Plaintiff does not seek an extension of time to serve Defendant Coast to Coast, he suggests he "may" file a request for administrative relief from the service deadline in the near future.  Since Plaintiff does not move for such relief in the instant filing, the Court declines to further address the issue of service at this time.  Plaintiff is advised, however, that should he fail to timely effect service of process on Defendant Coast to Coast, or obtain an extension of time to do so, the Court will be inclined to issue an order to show cause why sanctions, including dismissal, would not be warranted.  As to the other Defendants in this matter, the Court notes Plaintiff dismissed Defendant Baljit Bhatti on March 9, 2022, and default was entered against Modesto 2241 Petroleum Inc. on April 13, 2022.  (ECF Nos. 4, 11.)

1

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's request to continue mandatory scheduling conference (ECF No. 12) is GRANTED;

2. The scheduling conference set for May 4, 2022, is CONTINUED to **July 6, 2022, at 11:30 a.m.,** in Courtroom 9; and

3. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated: **April 14, 2022**

UNITED STATES MAGISTRATE JUDGE