# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>   Plaintiff,<br><br>   v.<br><br>MODESTO 2241 PETROLEUM INC., et al.,<br><br>   Defendants. | Case No. 1:22-cv-00150-DAD-SAB<br><br>ORDER RE STIPULATION SETTING ASIDE DEFAULT AGAINST MODESTO 2241 PETROLEUM, INC., AND EXTENDING TIME FOR RESPONSIVE PLEADING TO BE FILED<br><br>(ECF Nos. 11, 15) |

Darren Gilbert ("Plaintiff") filed this action alleging violation of the Americans with Disabilities Act. (ECF No. 1.) On April 13, 2022, the Clerk of the Court entered default against Defendant Modesto 2241 Petroleum, Inc., at Plaintiff's request. (ECF Nos. 10, 11.) On April 20, 2022, a stipulation was filed to set aside the default against Defendant Modesto 2241 Petroleum, Inc., and extend the time to respond to the complaint. (ECF No. 15.)

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The default entered against Defendant Modesto 2241 Petroleum, Inc., on April 13, 2022 (ECF No. 11), is SET ASIDE; and

2. Defendant Modesto 2241 Petroleum, Inc., shall file a pleading responsive to the complaint on or before **May 10, 2022**.

IT IS SO ORDERED.

Dated:   **April 20, 2022**

UNITED STATES MAGISTRATE JUDGE