# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MODESTO 2241 PETROLEUM INC., et al.,<br><br>　　　　Defendants. | Case No. 1:22-cv-00150-DAD-SAB<br><br>ORDER RE STIPULATION SETTING ASIDE DEFAULT AND EXTENDING TIME FOR RESPONSIVE PLEADING TO BE FILED<br><br>(ECF Nos. 18, 19) |

Darren Gilbert ("Plaintiff") filed this action alleging violation of the Americans with Disabilities Act. (ECF No. 1.) On May 11, 2022, the Clerk of the Court entered default against Defendant Coast to Coast Property Holdings LLC, at Plaintiff's request. (ECF Nos. 17, 18.) On May 16, 2022, a stipulation was filed to set aside the default against Defendant Coast to Coast Property Holdings LLC, and extend the time for all Defendants to respond to the complaint. (ECF No. 19.)

///
///
///
///
///
///

1

Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The default entered against Coast to Coast Property Holdings LLC, on May 11, 2022 (ECF No. 18), is SET ASIDE; and

2. Defendants Modesto 2241 Petroleum, Inc., and Coast to Coast Property Holdings LLC, shall file a pleading responsive to the first amended complaint on or before **May 30, 2022**.

IT IS SO ORDERED.

Dated: **May 17, 2022**

UNITED STATES MAGISTRATE JUDGE